# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DELVIN SCOTT,

        Plaintiff, : Case No. 3:09-cv-002

                                        District Judge Walter Herbert Rice
-vs-                                        Magistrate Judge Michael R. Merz

                                    :

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

---

## DECISION AND ENTRY

---

On Joint Motion of the parties (Doc. No. 7) and for good cause shown, the Court hereby orders entry of judgment in favor of the Plaintiff and against the Defendant, reversing the Commissioner's decision in this case and remanding the case for further consideration of Plaintiff's Application for Disability Insurance Benefits and Supplemental Security Income.

The Clerk shall enter judgment accordingly and terminate this case on the docket of this Court.

April 13, 2009.

                                                            Walter Herbert Rice
                                                            United States District Judge